

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00070-CR

Terrence **MOUTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 416377
Honorable Susan Skinner, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 28, 2016.

_____
Patricia O. Alvarez, Justice